I concur in the result. I agree with the majority's treatment of the issue relating to the admissibility of evidence about the bullet removed from the petitioner's dwelling; however, I disagree with the majority's treatment of the issue relating to the remarks made by the prosecutor in his closing argument to the jury.
As I read the prosecutor's argument, he asked some rhetorical questions, and then answered those questions by pointing to testimony by prosecution witnesses which placed Yarber with Miles on the day of the crime and at the scene of the crime. I think that a fair reading of the prosecutor's *Page 1236 
argument reveals that he was not commenting on the defendant's failure to testify, but was commenting upon the sufficiency of the evidence to show exactly where Yarber was on the day of the crime.
TORBERT, C.J., concurs.